803 A.2d 633

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBIN M. FREUDENBERGER, DEFENDANT–PETITIONER.

June 12, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for full briefing and argument of the appeal on the merits.